The Kantrow Law Group, PLLC
Attorneys for the Debtor
732 Smithtown Bypass, Suite 101
Smithtown, New York 11787
516 703 3672
Fred S. Kantrow
Hailey L. Kantrow

UNITED STATES BANKRUPTCY COURT    RETURN DATE: **9/19/23**
EASTERN DISTRICT OF NEW YORK    TIME: **10:30 a.m.**
------------------------------------------------------------x
In re:

                Case No.: 23-41997-nhl
AINS NASHVILLE, LLC,                Chapter 11
d/b/a THE AINSWORTH NASHVILLE,

                Debtor.
------------------------------------------------------------x

## NOTICE OF DEBTOR'S APPLICATION SEEKING ENTRY OF AN ORDER VOLUNTARILY DISMISSING CHAPTER 11 CASE

**PLEASE TAKE NOTICE** that AINS Nashville, LLC, d/b/a The Ainsworth Nashville, the debtor and debtor-in-possession (the "Debtor") by and through its attorneys, The Kantrow Law Group, PLLC, shall move before the Hon. Nancy Hershey Lord, United States Bankruptcy Judge, on **SEPTEMBER 19, 2023, at 10:30 a.m.** or as soon thereafter as counsel may be heard, at the United States Bankruptcy Court, 271-C Cadman Plaza East, Brooklyn, New York 11201, for the entry of an Order, substantially in the form of the proposed Order annexed hereto, dismissing the instant chapter 11 bankruptcy case pursuant to 11 U.S.C. §1112(b)(1).

**PLEASE TAKE FURTHER NOTICE** that the hearing shall be conducted using the Zoom platform. All participants must register with eCourt Appearances in advance of all videoconference appearances. eCourt Appearances registration is required by both attorneys and non-attorney participants. Attorneys with a CM/ECF account may find the program under the "Utilities" menu after logging on to CM/ECF. Once registered, eCourt Appearances will email the video link for the hearing. The video link will not be emailed to you until **48 hours before the hearing date**.

**PLEASE TAKE FURTHER NOTICE** that those unable to access eCourt appearances must email Judge Nancy Hershey Lord's Courtroom deputy at nhl_hearings@nyeb.uscourts.gov at least two (2) business days prior to the hearing. The email must include your name, the case number, who you represent (if you are an attorney), hearing date, and phone number.

**PLEASE TAKE FURTHER NOTICE** that objections, if any must be filed by not later than 4:00 PM on October 10, 2023, upon (i) The Kantrow Law Group, PLLC, 732 Smithtown Bypass, Suite 101, Smithtown, New York 11787, to the attention for Fred S. Kantrow, Esq.; (ii) Chambers of the Hon. Nancy Hershey Lord, United States Bankruptcy Court, Conrad B. Duberstein Courthouse, 271-C Cadman Plaza East - Suite 1595, Brooklyn, New York 11201; and (iii) the Office of the United States Trustee Office of the United States Trustee, Eastern District of NY (Brooklyn Office), One Bowling Green. Suite 510, New York, New York 10004, and further entered on the Court's electronic docket by those parties with access thereto. All objections must be in writing and must provide the basis for the objection(s).

**PLEASE TAKE FURTHER NOTICE THAT** only those objections that are timely received may be considered by the Court.

Dated: Smithtown, New York
       August 29, 2023

                         The Kantrow Law Group, PLLC
                         Attorneys for the Debtor

BY:   S/Fred S. Kantrow
       Fred S. Kantrow
       732 Smithtown Bypass, Suite 101
       Smithtown, New York 11787
       516 703 3672
       fkantrow@thekantrowlawgroup.com