UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

AINS NASHVILLE, LLC,
d/b/a THE AINSWORTH NASHVILLE,

                        Debtor.
-------------------------------------------------------------x

Case No.: 23-41997-nhl
Chapter 11

## ORDER DISMISSING CHAPTER 11 CASE

**UPON** the application (the "Application") of AINS Nashville, LLC, d/b/a The Ainsworth Nashville, the debtor and debtor-in-possession in this chapter 11 case, by and through its attorneys, The Kantrow Law Group, PLLC, seeking the entry of an Order dismissing this chapter 11 case pursuant to 11 U.S.C. §1112(b)(1); and the matter having come on for a hearing upon proper notice, before the Court on September 19, 2023; and the Debtor having appeared by Hailey L. Kantrow, one of its attorneys; and the Office of the United States Trustee having appeared by Reema Lateef, Esq., one of its trial attorneys; and there being no opposition to the relief sought in the Application, or said opposition having been withdrawn or otherwise overruled; the Court, upon due deliberation having determined that the relief is appropriate and should be granted; it is hereby

**ORDERED** that the case of AINS Nashville, LLC, d/b/a The Ainsworth Nashville be and hereby is dismissed pursuant to section 1112(b)(1) of the Bankruptcy Code; and it is further

**ORDERED** that the Debtor pay to the United States Trustee the appropriate sum required, if any, pursuant to 28 U.S.C. § 1930, within ten (10) days of the entry of this order and simultaneously provide the United States Trustee an appropriate affidavit indicating the cash disbursements, if any, for the relevant period; and it is further

Case 1-23-41997-nhl    Doc 69    Filed 09/28/23    Entered 09/29/23 08:14:53

**ORDERED** that the Court shall retain jurisdiction over this Order to enforce its terms and determine any disputes that arise hereunder.



Dated: September 28, 2023  
Brooklyn, New York

_____  
Nancy Hershey Lord  
United States Bankruptcy Judge